# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

133790
133791

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ELIZABETH NEWMAN, and
JULIA NEWMAN,
         Plaintiffs-Appellants,

v

                                        SC: 133790, 133791
                                        COA: 266627, 269983

BLUE CROSS & BLUE SHIELD
OF MICHIGAN,
         Defendant-Appellee.

                                        Oakland CC: 2003-052761-CZ

_____/

      On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk